November 3, 2011



# JUDGMENT

# The Fourteenth Court of Appeals

DIAMOND OFFSHORE (BERMUDA), LTD., Appellant

NO. 14-10-01061-CV                    V.

SUZANNE ELIZABETH HAAKSMAN AS BENEFICIARY OF ROBERT DUNCAN BURN QUINN, AND THOMAS JOSEPH MCCARTNEY, Appellees

_____

This cause, an appeal from the judgment in favor of appellees, Suzanne Elisabeth Haaksman as Beneficiary of Robert Burn Quinn, and Thomas Joseph McCartney, signed September 22, 2010, was heard on the transcript of the record. We have inspected the record and find error. We therefore order the judgment of the court below **REVERSED** and **RENDER** judgment that the Dutch judgments not be recognized.

We order appellees, Suzanne Elisabeth Haaksman as Beneficiary of Robert Duncan Burn Quinn, and Thomas Joseph McCartney, jointly and severally, to pay all costs incurred in this appeal. We further order this decision certified below for observance.